# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| BRANDON L. FAKE, | : | No. 50 EM 2018 |
| Petitioner | : | |
| v. | : | |
| DIANNE N. FAKE, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of July, 2018, the Petition for Writ of Prohibition is DENIED.

    Justice Dougherty did not participate in the consideration or decision of this matter.